Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket 6:09-mj-0265-MJS |
| ) | |
| Plaintiff, ) | MOTION TO DISMISS WITH PREJUDICE; |
| ) | AND [█████] ORDER |
| v. ) | THEREON |
| ) | |
| CHRISTINA KELLEY, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal with prejudice. The government does not believe it could prove its case beyond a reasonable doubt.

Dated: June 17, 2010                                NATIONAL PARK SERVICE


                                                    /S/ Susan St. Vincent
                                                    Susan St. Vincent
                                                    Acting Legal Officer


**ORDER**

It is so ordered:

Dated: 6/24, 2010                                   By: [signature]
                                                    Honorable Michael Seng
                                                    United States Magistrate Judge

1